# SENTENCING MINUTES

DATE:  MAY 17, 2024                    CASE NUMBER:  2:23CR127
JUDGE:  GIBNEY                          CT REPORTER:  JODY STEWART, OCR
INTERPRETER: _____

UNITED STATES OF AMERICA              JOHN BUTLER, AUSA

v.                                                      COUNSEL

JARED HADDOCK                         TREY KELLETER, ESQ.

                                                    ☐ Criminal Information

**SENTENCING ON COUNT(S):** 1 and 14          ☒ Indictment ☐ Superseding Ind.

**PRELIMINARY MATTERS:** NO OBJECTIONS TO THE PSR. THE COURT ADOPTS THE PSR AS TENDERED AND FILED.

**OBJECTIONS TO PSR:** _____

_____

**STATEMENTS MADE BY:**  GOV'T ☒   DEFENSE COUNSEL ☒   DEFT ☒

**ON MOTION OF GOV'T.,** ☐ INDICTMENT  ☒ REMAINING CTS. DISMISSED.

**DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION**

ON:_____ BY:_____
☐ IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

DEFT ADVISED OF RIGHT OF APPEAL within 14 days of today   ☒

DEFT REMANDED TO CUSTODY   ☒

CASE SET:  10:00 AM  BEGAN: 10:03 AM    ENDED: 10:34 AM
TIME IN COURT: 31 MINUTES

**PAGE TWO (2)**

**<u>SENTENCE TEXT</u>**

**COUNT 1**     IMPRISONMENT 126 MOS.   CONCURRENT ☐   CONSECUTIVE ☐

CREDIT FOR TIME SERVED ON THIS CHARGE ☒

SUPERVISED RELEASE 5 YEARS

PROBATION _____ YEARS

FINE  $_____     ☒ Fine not imposed

SPECIAL ASSESSMENT $100 due immediately

**COUNT 14**     IMPRISONMENT 60 MOS.   CONCURRENT ☐   CONSECUTIVE ☒

SUPERVISED RELEASE 5 YEARS        CONCURRENT ☒

PROBATION _____ YEARS      CONCURRENT ☐

FINE  $_____     ☒ Fine not imposed

SPECIAL ASSESSMENT $100 due immediately

**COUNT _____**     IMPRISONMENT _____ MOS.   CONCURRENT ☐   CONSECUTIVE ☐

SUPERVISED RELEASE _____ YEARS      CONCURRENT ☐

PROBATION _____ YEARS      CONCURRENT ☐

FINE  $_____     ☐ Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE ☒**

**RESTITUTION ORDERED:** _____

**RECOMMENDATION(S) TO BOP:**

☒ Designate dft. to a facility near          ☒ Designate dft. to a FCI with drug treatment and
   Norfolk, VA                                              mental health treatment
☐ SHOCK Incarceration Program          ☐ BRAVE Program
☒ Educational / Vocational training       ☒ BOP 500-hr intensive drug treatment program
☐ UNICOR program  ☐ with _____ portion of earnings directed to child support

☐ OTHER:_____

**PAGE THREE (3)**

**<u>SPECIAL CONDITIONS of Probation / Supervised Release</u>:**

☒(1) Incur no new credit without approval of probation officer
☒(2) Provide probation officer with access to financial information
☐(3) Perform community service _____ HOURS during period of supervision
☒(4) Participate in drug/alcohol treatment;  ☐ Pay cost of treatment
☒(5) Participate in mental health treatment;  ☐ Pay cost of treatment
      ☒ Participate in anger management
☐(6) Participate in home confinement program for _____ with monitoring
      ☐ Permitted to work, attend church, or other approved activities
      ☐ Maintain telephone without special features; no cordless phone
      ☐ Pay costs of electronic monitoring
☐(7) Placement in a Community Confinement Center for _____ (term)
☐(8) Defendant to be surrendered to BICE for deportation proceedings
      ☐ If deported, defendant to remain outside the United States
☐(9) Mandatory drug testing waived
      ☐ Probation officer may still administer drug test if deemed appropriate
☐(10) Pay child support in amount ordered by social services or Court
☐(11) Serve intermittent confinement on weekends for a period of _____ DAYS
☐(12) No possession of pager, cellular telephone, or other handheld communication device
☒(13) Defendant shall pay any balance owed on the S/A imposed by the Court
      ☒ Pay in installments of not less than $10 per month,
          to begin 60 days after start of supervision until paid in full
☒(14) Waive all rights of confidentiality regarding mental health treatment
      (or other treatment) to allow release of information to Probation, etc.
☐(15) Commencing _____, and continuing for _____, defendant may
      operate a motor vehicle only for purposes of work and court, including travel to
      the Probation Office and alcohol treatment program
☐(16) Defendant to apply monies received from tax refunds, lottery winnings, and any
      anticipated or unexpected financial gains to the Court-ordered financial obligation


☐(---) **Other special conditions:**

THE COURT ADOPTS THE SPECIAL CONDITIONS OF SUPERVISION LISTED IN THE PSR WITH MODIFICATION TO NUMBERS 1 AND 2 TO REFLECT THE GOVERNMENT TO PAY COSTS.