Dear Judge Gibney,

It is with great respect that I write this letter to speak on behalf of Lisa Clark, whose tenure at Capital One was marked by unwavering excellence and dedication. As a manager directly reporting to me, Ms. Clark demonstrated an exceptional ability to lead with both vision and integrity, fostering an environment where innovation and efficiency thrived. Her coaching skills were unparalleled, always encouraging her team to exceed their own expectations, while her training programs were both comprehensive and transformative, significantly enhancing the skill set of those that reported to Ms. Clark.

Ms. Clark's contributions to our company went beyond her official duties; she was a mentor who inspired confidence and ambition, a strategist who played a pivotal role in our successes, and a colleague who elevated the morale and productivity of everyone around her. Her professional journey with us was characterized by a series of achievements that not only benefited our operations but also enriched the culture of our workplace. Her ability to navigate complex projects with ease, her commitment to continuous improvement, and her genuine care for the well-being and growth of her team are just a few of the attributes that made her an exemplary figure at Capital One.

In every aspect of her career, Lisa Clark embodied the qualities of a true leader: resilience, empathy, and an unwavering commitment to excellence. Her impact on our organization is indelible, and her legacy continues to influence our practices and principles. It is without hesitation that I commend her character and professionalism, which have been consistently evident throughout her distinguished career. I am confident that the same qualities that made her an asset to Capital One will continue to shine through in all her future endeavors. Thank you for allowing me the opportunity to share my experience and perspective on such an outstanding individual.

Sincerely,

Ana Mitchell