Melissa Miller

1449 Delvin Run Court

Chesterfield, Virginia 23225

October 10, 2024


United States District Court

Eastern District of Virginia

600 Granby Street

Norfolk, Virginia 23510


Dear Honorable Judge,

I am writing this letter on behalf of Corey Wright who has unfortunately found himself in a difficult situation and is currently facing sentencing. I have known Corey for over 24 years, and I can attest to his kind heart, good intentions, and overall character. We share a son together. As the mother of our child, I have had the opportunity to witness firsthand Corey's dedication and commitment to family. I have witnessed the strong bond he shares with not only my son, but with his other lovely children and the positive impact he has on their lives. His children rely on him for love, support, and guidance.

I wanted to take the time to identify a few factors that I believe are important. Corey has experienced significant trauma and challenges in his past, especially as a child, which have had a profound impact on his life and actions. Corey grew up without his father being present. Reportedly, Corey's father would promise to come pick him up as a young child, get him excited all to let him down having him standing at the door with his bags pack for him to never show up. Corey was abandoned by his father as a child. Corey has vented to me and cried while telling me this story in the past. He expressed how he wants to be there for his son to grow up and not have to experience such heartache and pain which could lead to him having behavioral problems. Corey has explained to me in detail while battling depression on how this affected not only him but also his sister. After several experiences of this as a child Corey became a teenager growing up in a trailer park in which he became the product of his environment. Corey was forced to take care of his family, especially with being the oldest having a younger brother and sister. Corey's mother struggled with gambling addiction and alcoholism which later led to her death. Corey attempted to improve his life and joined the military immediately after high school, but then experiences while serving our country led to trauma that he hasn't recovered from leading to him battling post-traumatic stress disorder (PTSD) and substance abuse that remains unaddressed. Corey has been one to try to cope on his own. Recently, Corey lost one of his sons to suicide. Corey struggles with difficulty sleeping, sadness and often tries to figure out how he could've prevented the tragedy. Despite the circumstances that have led to his incarceration, I firmly believe that Corey is a good-hearted person who has made a mistake. He is compassionate and always has a willingness to help

anyone, including a stranger without hesitation. Please don't judge his character by what has led him to incarceration. I would like to say something that could describe him "A turtle" a hard shell on the outside but mushy on the inside with a good heart and tries to make everyone happy. He never complains.

I understand that Corey must face the consequences of his actions, but I also believe in his capacity for growth, redemption, and rehabilitation. I have seen him take responsibility for his mistakes and express genuine remorse. I truly believe he can make changes because I witnessed changes made before this situation occurred. Corey had recently interviewed on 2/28/24 for a full-time position, was hired and had a start date of 3/13/24. He was so excited to be going back to work after a major surgery. Corey has been helping to care for our son without complaints daily. He has honestly taught me how to mother our child.

I kindly ask for your understanding and leniency in sentencing Corey considering his character, background, and potential for positive change. I believe that with the right support, guidance, and opportunities, Corey can emerge from this experience as a better, more responsible individual.

With me being a counselor in the field I've learned firsthand that taking away children away from their parents is devastating to them emotionally, but it could also have long-lasting effects on their behavior and well-being. Children often act out or struggle academically when separated from a parent, especially one as involved and caring as Corey. A lighter sentence for Corey would allow him to remain present in his children's lives, providing them with stability, love, and the guidance they need to thrive. I've learned that maintaining family connections during difficult times can lead to better outcomes for children in terms of mental health, academic success, and overall well-being. Please help us break this cycle and help our children to have a Brighter Future. With the support of our family and community, I am confident that Corey can learn from his mistakes, move past this difficult time and make meaningful and positive changes in his life.

Thank you for taking the time to consider my perspective. I trust in your wisdom and fairness in making a decision that reflects both justice and mercy.

Sincerely,

Melissa Miller

(804) 874-6177

From: Amazon Jobs <noreply@jobs.amazon.com>
Date: March 1, 2024 at 3:38:40 PM EST
To: wrightcorey2023@gmail.com
Subject: **Confirmation for your first day with Amazon!**



Hello Corey,

Congratulations! You are confirmed for your first day onsite with Amazon.

**First Day Onsite Details**

Shift Description: Wed, Thu, Fri, Sat
7:00 AM - 5:30 PM

Your training starts:
2024-03-13 7:00 AM - 5:30 PM

Date/Time of your first shift:
2024-03-13 7:00:00 AM
America/New_York

Your Amazon location:
Address:

---

\* Corey had started to interview and obtained a job prior to his arrest date. His start date was set for 3/13/24 7am - 5:30pm. However, was unable to begin new employment w/ Amazon on that day due to being arrested on 2/29/24. Corey was eager to start his new job..... He has set positive goals for himself and continued to look forward to positive change.

220 Centreport Pkwy
Fredericksburg VA 22406

**How to have a great first day**

- Complete Pre-Hire Activities on your Amazon Jobs Page
- Bring a government-issued photo ID (ie. Drivers license)
- Wear comfortable, casual clothing that is appropriate for the workplace
- Wear your safety shoes and hair pulled up above your shoulders

If you are not able to attend and need to reschedule your first day onsite, select a new shift on your Amazon Jobs Page. This may result in a different pay structure and bonus (if applicable).

We look forward to seeing you there!

Your Amazon Jobs Team

Replies to this email are undeliverable. Please do not reply. Questions? Visit our FAQ page for more information.

CA Privacy Questions? Please see our CA Privacy Notice.
To learn more, visit us at hiring.amazon.com

Amazon is an equal opportunity employer.

© 1996-2023, Amazon.com, Inc. or its affiliates - 507 Westlake Avenue North - Seattle, WA 98109
Condition of Use | Privacy Notice

Date: March 7, 2024 at 4:06:01 PM EST
To: wrightcorey2023@gmail.com
Subject: Action Required: Your next steps at Amazon



Hello Corey, congrats again on your new role at Amazon!

## First Day Onsite Details

Date/Time of your first shift:

2024-03-13 7:00:00 AM
America/New_York

Address:

220 Centreport Pkwy,
Fredericksburg,
VA,
22406

## Important Information

- Complete Pre-Hire activities on your Amazon Jobs Page
- If you are not able to attend and need to reschedule your first day onsite, select a new shift from your Amazon Jobs Page. This may result in a different pay structure and bonus (if applicable)
- Additional Questions? We will be happy to help you during your first day onsite

We look forward to seeing you there!

Your Amazon Jobs Team




Have a question?
**Contact Us**

Amazon is committed to representing and including all abilities
**Learn More**

CA Privacy Questions? Please see our *CA Privacy Notice*.
To learn more, visit us at hiring.amazon.com
Amazon is an equal opportunity employer.

1996-2023, Amazon.com, Inc. or its affiliates.
507 Westlake Avenue North - Seattle, WA 98109

Condition of Use | Privacy Notice



