July 7, 2024

Dear Honorable Judge,

I am writing this letter to you on behalf of my dear friend, Corey Wright, who is currently awaiting sentencing in your court. I have had the privilege of knowing Corey Wright for over 30 years, and I can attest to the profound positive changes he has made in his life and the lives of those around him.

Corey Wright is a devoted father to his 5 living children. I have witnessed firsthand how he has transformed into an exemplary role model for them. His dedication to providing a stable, nurturing, and loving environment for his children is truly commendable. Despite the challenges he has faced, he has always prioritized their well-being and has worked tirelessly to ensure that they have the best possible upbringing.

In addition to being a remarkable father, Corey Wright has also been a source of wisdom and support for our community. His journey to become a better person has inspired many. He has shown an unwavering commitment to personal growth and has made significant strides in turning his life around. His positive influence extends beyond his immediate family, touching the lives of friends, neighbors, and even strangers who have had the opportunity to interact with him.

One of the most notable qualities of Corey Wright is his resilience and determination to overcome adversity. He has demonstrated a genuine willingness to learn from his mistakes and has actively sought ways to better himself and his circumstances. His actions reflect a man who is deeply committed to making amends and contributing positively to society.

I humbly request that you consider Corey Wright's character, his devotion to his children, and his positive influence on the community when determining his sentence. I believe that a lower sentence would not only allow him to continue being a vital presence in his children's lives but also enable him to further his efforts in becoming a productive and contributing member of society.

Thank you for taking the time to read this letter and for considering my request. I have faith that your decision will reflect the true spirit of justice, taking into account the genuine transformation and potential for continued positive impact that Corey Wright embodies.

Sincerely,

Victoria Redd

Close Friend

(804) 306-6562