Dear Honorable Judge,

    I am writing on behalf of Corey Wright. Corey is a devoted father whose children rely on him for love, support, and guidance. As a close friend of Corey's, I have witnessed the strong family bond he shares with his children and the positive influence he has on their lives.

    Removing Corey from his children would be devastating for them and could have a long lasting negative impact on their behavior and well being. Children often misbehave or find difficulties in school when separated from a parent or guardian, especially one with a close bond with their kids.

    A lighter sentence for Corey would allow him to remain present in his kids' lives, providing them with the stability, love, and guidance they need to thrive. Maintaining family connections during difficult times can lead to better outcomes for children in terms of mental health, academic success, and overall well being.

    I respectfully urge you to consider the impact your sentencing will have on Corey's children and the potential benefits on a more lenient sentence. By allowing Corey to continue parenting his children, you have the opportunity to support their emotional and developmental needs while promoting a sense of justice and compassion.

    Thank you for your thoughtful consideration in regards to Corey's sentencing.

Respectfully,

Troy Terry